# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2021 KW 1480

VERSUS

PATRICK JAMES

**FEBRUARY 25, 2022**

---

In Re: Patrick James, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 518,531.

---

**BEFORE: WHIPPLE, C.J., THERIOT AND HESTER, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the application for postconviction relief, the transcript from the habitual offender proceedings, the habitual offender bill of information, the bill of information, pertinent district court minutes, and any other portion of the district court record that might support the claim raised in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application shall be filed on or before April 24, 2022. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**VGW**
**MRT**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT